**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

KIRKLAND DISTRIBUTORS, LLC,

Plaintiff,

v. CIVIL ACTION NO. 2:26-cv-00027

KENNETH MCCLELLAN, et al.,

Defendants.

**ORDER**

Pending before the Court is a Motion to Dismiss filed by Defendant Citizens Telecom Services Company L.L.C. ("Defendant"). (ECF No. 14.) By standing order, this matter was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R"). (ECF No. 3.) Magistrate Judge Tinsley filed his PF&R on July 15, 2026, recommending that the Court deny Defendant's motion as moot and dismiss the case with prejudice. (ECF No. 25.)

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and the plaintiff's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not

direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson,* 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R were due on July 29, 2026. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 25), **DENIES** Defendant's Motion to Dismiss as moot, (ECF No. 14), and **DISMISSES** this civil action with prejudice.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 31, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE